AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Atlantic Recording Corporation, Warner Bros. Records Inc., UMG Recordings, Inc., Sony Music Entertainment, and Capitol Records, LLC <br><br> *Plaintiff(s)* <br> v. <br> Andrew Sampson, Aurous Group, Inc., and Does 1-10 <br><br> *Defendant(s)* | Civil Action No.  15-cv-23810-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Aurous Group, Inc., by and through its registered agent, Andrew L. Sampson, Jr.
13500 NE 3rd Ct
222
North Miami, FL 33161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   GRAY-ROBINSON, P.A.
Attn: Karen L. Stetson
333 S.E. Second Avenue, Suite 3200
Miami, FL  33131
Telephone:  (305) 416-6880

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   10/13/2015

Steven M. Larimore
Clerk of Court

*s/ Alex Rodriguez*
Deputy Clerk
U.S. District Courts