UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 15-cv-23810-MARTINEZ/GOODMAN

ATLANTIC RECORDING CORPORATION, WARNER BROS. RECORDS INC., UMG RECORDINGS, INC., SONY MUSIC ENTERTAINMENT, and CAPITOL RECORDS, LLC,

        Plaintiffs,

v.

ANDREW SAMPSON, AUROUS GROUP, INC. and DOES 1-10,

        Defendants.

## TEMPORARY RESTRAINING ORDER

THIS MATTER is before the Court on Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction [D.E. No. 12], filed October 14, 2015. On October 13, 2015, Plaintiffs filed their Complaint for Damages and for Declaratory and Injunctive Relief against Defendants [D.E. No. 1]. The same day, Plaintiffs' counsel avers that they provided both written and oral notice to Defendants Andrew Sampson and Aurous Group, Inc. of Plaintiffs' intention to move this Court for a Temporary Restraining Order [*see* Decl. of Thomas G. Hentoff, D.E. No. 12-1]. Plaintiffs' counsel have also served a copy of Plaintiffs' motion papers on Defendants [D.E. No. 12].

The Court, having reviewed Plaintiffs' Motion and supporting materials, and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

Plaintiffs' motion for a Temporary Restraining Order is GRANTED.

Accordingly, IT IS HEREBY ORDERED that, pursuant to 17 U.S.C. § 502 and Federal Rule of Civil Procedure 65(b), Defendants and their officers, agents, servants, employees, attorneys, and all persons who in active concert or participation with each or any of them, or who are aiding and abetting their conduct, are hereby RESTRAINED and ENJOINED until further Order of this Court from infringing, or causing, enabling, facilitating, encouraging, promoting and inducing or participating in the infringement of, any of Plaintiffs' copyrights protected by the Copyright Act, whether now in existence or hereafter created, including but not limited to, by (a) making the "Aurous" software application, whether in desktop or mobile versions, including applications running on the iOS or Android operating systems, available for download or use; and (b) allowing the transfer to any person of any or all domain names or URLs through which Defendants infringe Plaintiffs' copyrights (including, without limitation, aurous.me).

IT IS FURTHER ORDERED that the requirement that Plaintiffs post security under Federal Rule of Civil Procedure 65(c) be and hereby is waived.

The terms of this Order shall take effect immediately, and shall remain in effect until further Order of this Court.

A hearing on Plaintiffs' Motion for a Preliminary Injunction is set before this Court in the Wilkie D. Ferguson, Jr. United States Courthouse located at 400 North Miami Avenue, Miami, Florida 33128, Courtroom 10–1 at on _____, 2015 at _____.  Any response or opposition to Plaintiffs' Motion for a Preliminary Injunction must be filed and served on Plaintiffs' on or before _____, 2015, and filed with the Court, along with Proof of Service, on or before _____, 2015.  Any reply in support of Plaintiffs' Motion must be filed and served on Defendants on or before _____, 2015, and filed with the Court, along with Proof of Service, on or before _____, 2015.  The above dates may be

revised upon stipulation by all parties and approval of this Court.  Defendants are hereby on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them.

      DONE and ORDERED in chambers in Miami, Florida this ___ day of October, 2015.

                                                                                                                        _____
                                                                                                               Jose E. Martinez
                                                                                                               United States District Judge