UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 15-cv-23810-MARTINEZ/GOODMAN

ATLANTIC RECORDING CORPORATION,
WARNER BROS. RECORDS INC., UMG
RECORDINGS, INC., SONY MUSIC
ENTERTAINMENT, and CAPITOL RECORDS,
LLC,

    Plaintiffs,
v.

ANDREW SAMPSON, AUROUS GROUP, INC.,
and DOES 1-10,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH TEMPORARY RESTRAINING ORDER

Defendants Andrew Sampson, and Aurous Group, Inc. by and through their undersigned counsel hereby file this Notice of Compliance with the Temporary Restraining Order entered by this Court on October 15, 2015 [D.E. No. 14].

Dated: October 16, 2015.

/s/ Shawn L.M. Hairston, Sr., Esq.
Shawn L.M. Hairston, Sr.
Florida Bar #: 0110046
shawn@hairstonlaw.com
Hairston Law, P.A.
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1650
Miami, FL 33131
Office: 305-330-0772
Fax:  305-675-0595
Co-Attorney for Defendants

Case No. 15-cv-23810-MARTINEZ/GOODMAN

/s/ Frank L. Hollander          10/16/2015
**Frank L. Hollander**          Date
Florida Bar #: 745332
frank@hollander.lawyer
Hollander and Associates, LLC
One Biscayne Tower
2 S. Biscayne Blvd., Suite 1650
Miami, FL 33131
Direct:  305-373-9999
Fax:  305-373-7777

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and is also being served on all counsel of record listed in the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

/s/ Shawn L.M. Hairston       10/16/15
Shawn L.M. Hairston, Sr.      Date

Case No. 15-cv-23810-MARTINEZ/GOODMAN

<u>**SERVICE LIST**</u>

**Casey White**
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-3901
Email: cwhite@wc.com
202-434-5374

PRO HAC VICE

ATTORNEY TO BE NOTICED


**Thomas G. Hentoff**
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005-3901
Email: thentoff@wc.com
202-434-5000
LEAD ATTORNEY
PRO HAC VICE
ATTORNEY TO BE NOTICED


**Karen Linda Stetson**
Gray-Robinson P.A.
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Email: karen.stetson@gray-robinson.com
305-416-6880
Fax: 305-416-6887