UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 15-cv-23810-MARTINEZ/GOODMAN

ATLANTIC RECORDING CORPORATION, WARNER BROS. RECORDS INC., UMG RECORDINGS, INC., SONY MUSIC ENTERTAINMENT, and CAPITOL RECORDS, LLC,

    Plaintiffs,

    v.

ANDREW SAMPSON, AUROUS GROUP, INC. and DOES 1-10,

    Defendants.

### PLAINTIFFS' WITHDRAWAL OF CONSENT TO THE PARTIES' OCTOBER 23, 2015 JOINT STIPULATION AND PROPOSED ORDER [D.E. NO. 23]

For reasons set forth more fully in Plaintiffs' Expedited Motion for an Order to Show Cause Why Defendants Should Not be Held in Contempt of this Court's October 15, 2015 Temporary Restraining Order ("TRO"), filed concurrently herewith, Plaintiffs hereby provide notice of their withdrawal of consent to the parties' October 23, 2015 Joint Stipulation and Proposed Order to Extend Temporary Restraining Order, Continue Preliminary Injunction Hearing, and Enlarge Time to Respond to Complaint [D.E. No. 23], now pending before this Court.

After Plaintiffs entered into a good-faith stipulation with Defendants to ask the Court to continue the preliminary injunction hearing while keeping the TRO in full force and effect,

Defendants flagrantly violated the TRO by making the core source code to the Aurous software available to the world.

Plaintiffs therefore withdraw their consent to the scheduling stipulation and request that the preliminary injunction hearing go forward as scheduled.  Plaintiffs informed Defendants yesterday that they would be filing this Notice of Withdrawal of Consent.

Dated:  October 26, 2015                                    Respectfully submitted,

By:   /s/ Karen L. Stetson
Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson
333 S.E. Second Avenue, Suite 3200
Miami, FL  33131
Telephone:  (305) 416-6880
Facsimile:  (305) 416-6887

WILLIAMS & CONNOLLY LLP
Thomas G. Hentoff (*Pro Hac Vice*)
Casey L. White (*Pro Hac Vice*)
725 12th Street, NW
Washington, DC  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

RECORDING INDUSTRY ASSOCIATION
   OF AMERICA
George M. Borkowski (*Pro Hac Vice motion filed*)
1025 F Street, NW, 10th Floor
Washington, DC  20004
Telephone:  (202) 775-0101

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2015, a true and correct copy of the foregoing Plaintiffs' Withdrawal Of Consent to the Parties' October 23, 2015 Joint Stipulation And Proposed Order [D.E. No. 23] and supporting papers were served via ECF on all counsel of record.

By: /s/_____
      Karen L. Stetson