UNITED STATES DISTRICT FOURT
SOURTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE no. 15-cv-23810-MARTINEZ/GOODMAN


ATLANTIC RECORDING CORPORATION,
WARNER BROS. RECORDS INC., UMG
RECORDINGS, INC., SONY MUSIC
ENTERTAINMENT, and CAPITOL RECORDS,
LLC,

          Plaintiffs,

vs.

ANDREW SAMPSON, AUROUS GROUP, INC., AND DOES 1-10,
          Defendants.
_____/

### DEFENDANTS' OBJECTION TO PLAINTIFFS' WITHDRAWAL OF CONSENT TO THE PARTIES OCTOBER 23, 2015 JOINT STIPULATION AND PROPOSED ORDER [D.E. NO. 23]

On October 15, 2015 this Honorable Court signed the Temporary Restraining Order. Temporary Restraining Order (Hereinafter TRO). TRO attached as Exhibit "A". The TRO was entered prior to Defendants obtaining counsel. This Temporary Restraining Order set a hearing on Plaintiff's Motion for a Preliminary Injunction on October 28, 2015 at 2:00 p.m. and stated that "any opposition to Plaintiffs' Motion for a Preliminary Injunction must be filed and served on Plaintiffs' on or before October 26, 2015 at 2:00 p.m." The TRO went on to state "The above dates may be revised upon stipulation by all parties and approval of this Court."

On October 23, 2015 after hours of negotiation Plaintiffs' and Defendants' counsel mutually agreed to file the "Joint Stipulation and [Proposed] Order to Extend Temporary Restraining Order, Continue Preliminary Injunction Hearing, and Enlarge Time to Respond to Complaint." This stipulation was done to provide Defense Counsel with additional time to

confer with client, become familiar with the case, initiate settlement, conserve judicial resources and accounted for previous scheduling conflicts of defense counsel.

Nevertheless, on today, October 26, three days after agreeing to the stipulation and insuring Defense Counsel that they would not need to file the opposition to Plaintiff's Motion by 2:00 P.M. today, Defense Counsel, attempt to withdraw this consent, leaving Defendants in a precarious position with hours to file the opposition motion.

This withdrawal is not done in good-faith, and the allegation that the source code that Defense Counsel alleges is currently being made available to the world, is false.  Plaintiffs' own Motion acknowledges that Aurous has stated they will not release the true source code to its application.  Doing so would be counterintuitive to any successful business strategy as this would provide a blueprint to any competition. This "release" relates to an old version that has not been updated in over a year.  This "release" still mentions *Grooveshark* a company that is does not exist, and has not existed since the application complained of was ever released to the public. This "release" was before the YouTube API's were updated making the application unable to utilize YouTube.  Also this "release" does not contain any infringing sites that were complained about in Plaintiffs' TRO and the application complained of is unable to search, unable to play music, and simply does not work.  Even stated at the top of the file the "ReadMe" states:  "THIS BUILD is no longer updated and is obsolete…"

The TRO is not all-encompassing, and does not related to this obsolete application.  This application serves a different functionality, is not related to this TRO, and does not allow users to infringe copyrights. This "release" does not violate the TRO as will be further explained in replying to Plaintiffs' Expedited Motion For An Order To Show Cause Why Defendants Should

Not Be Held In Contempt Of This Court's October 15, 2015 Temporary Restraining Order And

Accompanying Memorandum Of Law to be filed shortly hereafter.

Dated:  October 26, 2015                    Respectfully submitted,

                                            /s/ Shawn L.M. Hairston
                                            Shawn L.M. Hairston, Sr.


                                            **Hairston Law, P.A.**
                                            Shawn L.M. Hairston, Sr.
                                            2 S. Biscayne Blvd.
                                            Suite 1650
                                            Miami, FL 33131
                                            Telephone:  305-330-0772
                                            Facsimile:  305-675-0595


                                            **Hollander and Associates, LLC**
                                            Frank L. Hollander
                                            2 S. Biscayne Blvd.
                                            Suite 1650
                                            Miami, FL 33131
                                            Telephone:  305-330-0772
                                            Facsimile:  305-675-0595


                                            *Attorneys for Defendants*